IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JOSHUA J. JUST,<br><br>           Defendant. | 4:15CR3063<br><br>**ORDER** |

Based on the hearing before the court on July 15, 2015, the evidence considered at that hearing, the court's findings on the record, and the findings as set forth in the detention order, (Filing No. 14), the court concludes Defendant's current proposal for release to live with his in-laws will not sufficiently ameliorate the risk of harm to the public if the defendant is released.

Accordingly,

IT IS ORDERED that Defendant's motion to reconsider the detention order, (Filing No. 15), is denied.

July 21, 2015.
                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge