IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA J. JUST,<br><br>    Defendant. | 4:15CR3063<br><br>**ORDER** |

IT IS ORDERED:

1)  The motion of attorney James K. McGough to withdraw as counsel of record for Defendant, (filing no. 24), is granted.

2)  Defendant's newly retained counsel, Clarence E. Mock, III, shall promptly notify the defendant of the entry of this order.

3)  The clerk shall delete James K. McGough from any future ECF notifications herein.

July 24, 2015.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge