IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSHUA J. JUST,<br><br>  Defendant. | 4:15-CR-3063<br><br>ORDER |

This matter is before the Court on the defendant's sentencing statement (filing 68) in which the defendant objects to the assessment of a 5-level distribution enhancement pursuant to U.S.S.G. § 2G2.2(b)(3)(B). The Court will direct the government to respond to the objection, to address how § 2G2.2(b)(3)(B), as amended by U.S.S.G. Amend. 801 (effective November 1, 2016), applies to a defendant's use of peer-to-peer file-sharing programs.

IT IS ORDERED:

1. The government shall respond to the defendant's objection (filing 68) on or before November 30, 2016.

2. The defendant shall reply in support of his objection on or before December 7, 2016.

3. The Court's tentative sentencing findings shall be filed on or before December 14, 2016.

4. Sentencing shall remain set for December 20, 2016.

Dated this 18th day of November, 2016.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge