IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3063 |
| vs. | ORDER |
| JOSHUA J. JUST, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 118) is granted.

2. The operative petition for offender under supervision (filing 98) is dismissed.

3. The September 18, 2023 hearing is cancelled.

Dated this 12th day of September, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge